█ REBECCA SIMON, as Executrix of MURRAY SIMON, Deceased, Respondent, v. SCARSDALE PARK No. 3, Appellant.—

█ No opinion. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

## (December 19, 1961)

█ PAULINE CRIMAUDO, Respondent, v. JACK CRIMAUDO, Appellant.— Motion by respondent for a stay of the appeal. Motion denied. Beldock, Acting P. J., Ughetta, Christ and Pette, JJ., concur.

█ In the Matter of FRANK MAZZA, Respondent, v. DAVID A. GOLDNER, Appellant.— Motion by appellant for a stay, pending appeal. Motion denied. Beldock, Acting P. J., Ughetta, Christ and Pette, JJ., concur.

█ In the Matter of SEA CLIFF MANOR, INC., Respondent, v. NASSAU COUNTY PLANNING COMMISSION, Appellant.— Motion by respondent to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the February Term, beginning January 29, 1962; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before January 12, 1962. Beldock, Acting P. J., Ughetta, Christ and Pette, JJ., concur.